**JS 44** (Rev. 12/07) (cand rev 1-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

**ORIGINAL / VIA FAX**

### I. (a) PLAINTIFF
ALEJANDRO MOYA

**DEFENDANT**
CHASE BANK USA, N.A.

**(b)** County of Residence of First Listed Plaintiff San Mateo
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Irving L. Berg
THE BERG LAW GROUP
145 Town Center, PMB 493, Corte Madera, CA 94925
Tel: (415) 924-0742; Fax: (415) 891-8208

Attorneys (If Known)
George G. Weickhardt (SBN 58586); Wendy C. Krog (SBN 257010)
ROPERS MAJESKI KOHN & BENTLEY
201 Spear Street, Suite 1000, San Francisco, CA 94105
Tel: (415) 543-4800; Fax: (415) 972-6301

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | 362 Personal Injury — Med. Malpractice | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | 365 Personal Injury — Product Liability | 625 Drug Related Seizure of Property 21 USC 881 | **PROPERTY RIGHTS** | [X] 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | 368 Asbestos Personal Injury Product Liability | 630 Liquor Laws | 820 Copyrights | 450 Commerce |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | **PERSONAL PROPERTY** | 640 R.R. & Truck | 830 Patent | 460 Deportation |
| 151 Medicare Act | 340 Marine | 370 Other Fraud | 650 Airline Regs. | 840 Trademark | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability | 371 Truth in Lending | 660 Occupational Safety/Health | | 480 Consumer Credit |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 380 Other Personal Property Damage | 690 Other | | 490 Cable/Sat TV |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | 810 Selective Service |
| 190 Other Contract | 360 Other Personal Injury | | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 850 Securities/Commodities/Exchange |
| 195 Contract Product Liability | | | 720 Labor/Mgmt. Relations | 862 Black Lung (923) | 875 Customer Challenge 12 USC 3410 |
| 196 Franchise | | | 730 Labor/Mgmt. Reporting & Disclosure Act | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 740 Railway Labor Act | 864 SSID Title XVI | 891 Agricultural Acts |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence | 790 Other Labor Litigation | 865 RSI (405(g)) | 892 Economic Stabilization Act |
| 220 Foreclosure | 442 Employment | **Habeas Corpus:** | 791 Empl. Ret. Inc. Security Act | | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 443 Housing/ Accommodations | 530 General | | **FEDERAL TAX SUITS** | 894 Energy Allocation Act |
| 240 Torts to Land | 444 Welfare | 535 Death Penalty | **IMMIGRATION** | 870 Taxes (U.S. Plaintiff or Defendant) | 895 Freedom of Information Act |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | 540 Mandamus & Other | 462 Naturalization Application | 871 IRS—Third Party 26 USC 7609 | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 290 All Other Real Property | 446 Amer. w/Disabilities – Other | 550 Civil Rights | 463 Habeas Corpus - Alien Detainee | | 950 Constitutionality of State Statutes |
| | 440 Other Civil Rights | 555 Prison Condition | 465 Other Immigration Actions | | |

### V. ORIGIN (Place an "X" in One Box Only)

- [ ] 1 Original Proceeding
- [X] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. §1441(a); 15 U.S.C. § 1692, et seq.

Brief description of cause:
Plaintiff alleges violations of the Federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq.

### VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

### VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

### IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)
[X] SAN FRANCISCO/OAKLAND   [ ] SAN JOSE

DATE: August 27, 2008

SIGNATURE OF ATTORNEY OF RECORD
Wendy C. Krog, Attorney for Defendant

RC1/5171979.1/WK1

American LegalNet, Inc.
www.FormsWorkflow.com




1  GEORGE G. WEICKHARDT (SBN 58586)
   WENDY C. KROG (SBN 257010)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   201 Spear Street, Suite 1000
3  San Francisco, CA 94105
   Telephone:  (415) 543-4800
4  Facsimile:  (415) 972-6301
   Email:      gweickhardt@rmkb.com
5              wkrog@rmkb.com

6  Attorneys for Defendant
   CHASE BANK USA, N.A., erroneously sued herein
7  as Chase Cardmember Service

E-filing

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  ALEJANDRO MOYA, an individual,          CASE NO. CV 08 4097 BZ

13                Plaintiff,                NOTICE OF REMOVAL OF CIVIL
                                            ACTION FROM STATE COURT TO
14       v.                                 UNITED STATES DISTRICT COURT,
                                            NORTHERN DISTRICT OF
15  CHASE CARDMEMBER SERVICE, a             CALIFORNIA
    division of CHASE BANK USA, N.A.,
16
                  Defendants.
17

18  **TO THE JUDGES OF THE UNITED STATES DISTRICT COURT, NORTHERN**

19  **DISTRICT OF CALIFORNIA, AND TO ALL PARTIES AND THEIR ATTORNEYS**

20  **HEREIN:**

21      **PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §1441(a), defendant CHASE

22  BANK USA, N.A., erroneously sued herein as Chase Cardmember Service, a national banking

23  association, hereby removes the above-entitled action from the Superior Court of the State of

24  California in and for the County of San Mateo to the United States District Court for the Northern

25  District of California, based on the following facts:

26      1.   On or about August 1, 2008, plaintiff filed an action in the Superior Court of the

27  State of California for the County of San Mateo, entitled *Alejandro Moya, plaintiff, v. Chase*

28

RC1/5172007.1/WK1                        - 1 -
NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT TO UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF
                                        CALIFORNIA

1  *Cardmember Service, defendant*, action number CLJ 475176 ("the Action").  A copy of the
2  original complaint is attached hereto as Exhibit A.
3      2.    The Action alleges violations of the California and Federal Fair Debt Collection
4  Practices Act in relation to a debt owed on a credit card account issued by Chase to plaintiff.
5      3.    Plaintiff alleges that he retained attorney Irving L. Berg to assist him with creditors
6  and collectors.  The complaint alleges that on March 8, 2008, Berg sent Chase a letter advising of
7  his representation and that after receiving the representation letter, Chase sent a "collection letter"
8  to plaintiff.  Plaintiff alleges that the "collection letter" was sent in violation of the California and
9  Federal Fair Debt Collection Practices Acts.
10     4.    This Action is a case under which this Court has original jurisdiction under 28
11 U.S.C. §1331, and is one which may be removed to this Court by Chase pursuant to the
12 provisions of 28 U.S.C. §1441(a), in that the claims in this action arise under the Federal Fair
13 Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*
14     5.    Plaintiff alleges violation of the Federal Fair Debt Collection Practice Act in
15 several paragraphs of his complaint, including the following:
16         a.    Paragraph 1: "The Federal law is at 15 U.S.C. § 1692 et seq. ("FDCPA")."
17         b.    Paragraph 22: "Chase willfully and knowingly violated the ... FDCPA."
18         c.    Prayer, Paragraph A: "Statutory damages against Chase ... pursuant to ...
19             15 U.S.C. § 1692k."
20         d.    Prayer, Paragraph B: "Attorney's fees and litigation expenses as provided
21             by ... 15 U.S.C. § 1692k(a)."
22     6.    Chase was served with the summons and complaint on August 8, 2008.  Therefore,
23 this Notice of Removal is being filed within 30 days after service upon Chase of a copy of the
24 initial pleading setting forth the claim for relief upon which such action or proceeding is based,
25 pursuant to 28 U.S.C. § 1446(b).  A copy of the summons is attached hereto as Exhibit B.
26     7.    For the reasons stated above, defendant Chase Bank USA, N.A. hereby removes
27 the above-entitled action.
28

Dated: August 27, 2008

Respectfully submitted,

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
GEORGE G. WEICKHARDT
WENDY C. KROG
Attorneys for Defendant
CHASE BANK USA, N.A., erroneously sued herein as Chase Cardmember Service

Case 3:08-cv-04097-BZ    Document 1    Filed 08/27/2008    Page 5 of 15

1  Irving L. Berg (SBN 36273)
   THE BERG LAW GROUP
2  145 Town Center, PMB 493
   Corte Madera, California 94925
3  (415) 924-0742
   (415) 891-8208 (Fax)
4  irvberg@comcast.net (e-mail)

5  ATTORNEY FOR PLAINTIFF

**ENDORSED FILED**
**SAN MATEO COUNTY**

AUG 0 1 2008

Clerk of the Superior Court
By  R. Montgomery
       DEPUTY CLERK

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN MATEO

LIMITED JURISDICTION

ALEJANDRO MOYA, an individual,

       Plaintiff,

v.

CHASE CARDMEMBER SERVICE, a division of CHASE BANK USA, N.A.,

       Defendants.

Case No.: **CLJ 475176**

**COMPLAINT FOR DAMAGES**

**JURY DEMAND**

## I. INTRODUCTION

1. Plaintiff brings this lawsuit to seek redress for Defendants' violation of the California and Federal Fair Debt Collection Practices law. The California law is at Cal. Civ. Code § 1788 et seq. ("CA FDCPA"). The Federal law is at 15 U.S.C. § 1692 et seq. ("FDCPA").

2. Defendants are debt collectors under the provisions of Cal. Civ. Code § 1788.2(c), which provides:

> (c) The term "debt collector" means any person who, in the ordinary course of business, regularly, on behalf of himself or herself or others, engages in debt collection.

3. California law incorporates provisions of Federal law pursuant to Cal. Civ. Code § 1788.17, which provides:

> ...that every debt collector collecting or attempting to collect a consumer debt shall comply with the provisions of sections 1692b to 1692j...of Title 15 of the United States Code.

4. Plaintiff seeks statutory damages, attorney's fees, and court costs.

COMPLAINT          1          ALEJANDRO MOYA V. CHASE

## II. JURISDICTION AND VENUE

5. Jurisdiction in this court is conferred by 15 U.S.C. § 1692k(d), and Cal. Code Civ. Proc. §§ 86 and 410.10.

6. Venue is proper in this court because Plaintiff resides in this county, Defendants do business in this county, and the collection communications were received in this county.

## III. PARTIES

7. Plaintiff, ALEJANDRO MOYA ("Plaintiff" or "Mr. Moya") is a resident of Daly City, California. He is a citizen of this state.

8. Defendant CHASE CARDMEMBER SERVICE, a division of CHASE BANK USA, N.A. ("Defendant" or "Chase") is a bank that, as part of its business, issues consumer credit cards, under the name of Chase Cardmember Service. Its principal office is located at Chase Bank USA, N.A., 200 White Clay Center Drive, Newark, DE 19711. It is amenable to service on a corporate officer at this address.

9. Defendant Chase, in the ordinary course of its business, regularly, on behalf of itself, engages in debt collection and is a "debt collector" as defined by Cal. Civ. Code §§ 1788.2(c) and (g).

## IV. FACTUAL ALLEGATIONS

10. Plaintiff was the holder of a credit card issued by the Defendant.

11. The card issued to Plaintiff is identified by the following last 4 digits of the credit card: 3150.

12. Plaintiff used the card to acquire, on credit, goods and services for Plaintiff's personal, family, and household needs.

13. Plaintiff defaulted in payment on the credit card account because of financial setbacks and increasing interest charges and late fees.

14. Plaintiff was worried over making payments on the Chase credit card and other credit card accounts.

15. Plaintiff was frightened by aggressive and persistent collection callers.

16. Plaintiff sought relief from her serious financial circumstances by enlisting the aid

of an attorney.

17. Plaintiff retained Irving L. Berg to represent her in dealing with her creditors and collectors.

18. Plaintiff was advised by her attorney that calls and correspondence from her creditors and collectors should be referred to her attorney and that the law required that, upon notice of attorney representation, creditors and collectors are required to leave her alone and to deal only with her legal representative.

19. By a letter dated March 8, 2008 (Exhibit A), Defendant was notified that Plaintiff was represented by attorney Irving L. Berg.

20. The letter stated, *inter alia:*

> I am the attorney for the consumer noted above. You are advised to direct all communications to my office in connection with the collection of any debt allegedly owed by my client to your company or your client; related companies; or companies to whom the debt is assigned or sold.

A copy of the letter is attached as Exhibit A.

21. Notwithstanding the attorney's letter of representation, Defendant sent a collection letter directly to Plaintiff for the period ending April 12, 2008, referring Plaintiff to Defendant's collection department at 1-800-955-8030 ("Visa Signature Summary" section, at paragraph 2). A copy of the letter is attached as Exhibit B.

22. Chase willfully and knowingly violated the CA FDCPA and the FDCPA.

## V. FIRST CAUSE OF ACTION

23. Plaintiff incorporates by reference all of the foregoing paragraphs.

24. Defendants violate the following sections of the FDCPA, incorporated into California law by Cal. Civ. Code § 1788.17;

> Communicating with the consumer when the debt collector:
>
> ...knows the consumer is represented by an attorney with respect to such debt and has knowledge of, or can readily ascertain, such attorney's name and address...

(Violation of 15 U.S.C. § 16592(c)(a)(2).)

COMPLAINT     3     ALEJANDRO MOYA V. CHASE

## VII. SECOND CAUSE OF ACTION

25. Defendants violate the following section of the California FDCPA:

> 1788.14. No debt collector shall collect or attempt to collect a consumer debt by means of the following practices:
>
> (c) Initiating communications, other than statements of account, with the debtor with regard to the consumer debt, when the debt collector has been previously notified in writing by the debtor's attorney that the debtor is represented by such attorney with respect to the consumer debt and such notice includes the attorney's name and address and a request by such attorney that all communications regarding the consumer debt be addressed to such attorney...

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for the following relief:

A. Statutory damages against Chase of $2,000, pursuant to Cal. Civ. Code §§ 1788.17 and 1788.30, and 15 U.S.C. § 1692k:

B. Attorney's fees and litigation expenses as provided by Cal. Civ. Code § 1788.32 and 15 U.S.C. § 1692k(a).

Dated: 7.25-08

Irving L. Berg
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)

ATTORNEY FOR PLAINTIFF

## JURY DEMAND

Plaintiff demands trial by jury.

Dated: 7.25-08

Irving L. Berg

THE BERG LAW GROUP
ATTORNEYS AND COUNSELORS AT LAW
145 Town Center, PMB 493
Corte Madera, California 94925
Phone: (415) 924-0742   Fax: (415) 891-8208
e-mail irvberg@comcast.net

IRVING L. BERG, ESQ.

March 8, 2008

Chase Card Services
P. O. Box 15298
Wilmington, DE 19850-5298

Re:   *Alejandro L. Moya*                     **Notice of Attorney Representation and**
      Account No.: xxxx3150                   **Notice of Dispute**
      Alleged Creditor: Chase Cardmember Service

Dear Sir or Madam:

I am the attorney for the consumer noted above. You are advised to direct all communications to my office in connection with the collection of any debt allegedly owed by my client to your company or your client; related companies; or companies to whom the debt is assigned or sold.

Please address all inquiries to my attention in writing. The captioned debt is disputed. Please forward verification of the debt. In the unlikely event that the legal relationship with my client is terminated, you will be notified in writing.

Your collection practices are governed by Federal and California consumer laws. If you have any doubt as to these matters, deliver this letter to your attorney or insurance carrier. **The law prohibits you from contacting my client, my client's employer, or my client's family regarding the alleged debts.**

Further, please note that, should a legal action be brought against you in connection with your collection practices, the legal action could result in a judgment that would include actual costs of filing the complaint, actual costs of service of process, and reasonable attorney's fees.

Your co-operation is appreciated

Sincerely,


Irving L. Berg
ILB/rl

repletterCDS. rev 2/08frm

# EXHIBIT B

| New Balance | Pmnt Due Date | Past Due Amount | Minimum Payment |
|---|---|---|---|
| $7,521.76 | 05/07/08 | $677.00 | $874.00 |

**CHASE**

Amount Enclosed $ _____

Make your check payable to Chase Card Services.
New address or e-mail? Print on back.

4147202022383150000874000075217600000009

31524 BEX Z 10308 D
ALEJANDRO MOYA
315 MORTON DR
DALY CITY CA 94015-4447

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

⑈500016028⑈ 359202238315O5⑈'

**CHASE**

Opening/Closing Date: 03/13/08 - 04/12/08
Payment Due Date: 05/07/08

CUSTOMER SERVICE
In U.S.           1-800-945-2000
Español           1-888-446-3308
TDD               1-800-955-8060
Pay by phone      1-800-436-7958
Outside U.S. Call collect
                  1-302-594-8200

Minimum Payment Due for Credit Access Line   $297.00
Past Due Amount                              $577.00
Total Minimum Payment Due                    $874.00

ACCOUNT INQUIRIES
P.O. Box 15298
Wilmington, DE 19850-5298

**VISA SIGNATURE SUMMARY**  Account Number: 4147 2020 2238 3150

| | | | |
|---|---|---|---|
| Previous Balance | $7,259.08 | Credit Access Line | $8,500 |
| Purchases/Cash, Debits | +$39.00 | Available Credit | $978 |
| Finance Charges | +$163.68 | Cash Access Line | $1,700 |
| New Balance | $7,521.76 | Available for Cash | $0 |

PAYMENT ADDRESS
P.O. Box 94014
Palatine, IL 60094-4014

VISIT US AT:
www.chase.com/creditcards

Your credit card account is past due. Please send payment immediately. Call 1-800-955-8030 (collect 1-302-594-8200) today.

Your account is closed. Please continue to make monthly payments by the due date until your balance is paid in full.

**FLEXIBLE REWARDS SUMMARY**

| | |
|---|---|
| Previous points balance | 0 |
| Points earned on purchases this period | 0 |
| New total points balance | 0 |

To redeem your Flexible Rewards points, call 1-800-603-2265 or log on to www.chase.com/creditcards for 24-hour access to your rewards program.

**TRANSACTIONS**

| Trans Date | Reference Number | Merchant Name or Transaction Description | Amount Credit | Debit |
|---|---|---|---|---|
| 04/06 | | LATE FEE | | $39.00 |

**FINANCE CHARGES**

| Category | Daily Periodic Rate Corresp. 31 days in cycle APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | Accumulated Fin Charges | FINANCE CHARGES |
|---|---|---|---|---|---|---|
| Purchases | V .08011%  29.24% | $105.22 | $2.81 | $0.00 | $0.00 | $2.81 |
| Cash advances | V .08011%  29.24% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

The Berg Law Group
Attorneys and Counselors at Law
145 Town Center PMB 493
Corte Madera, CA 94925

CERTIFIED MAIL

7008 0150 0002 5863 6575

$4.80
US POSTAGE
PRIORITY MAIL
071V00643481
94925

$0.59
US POSTAGE
FIRST CLASS
071V00643481
94925

$0.42
US POSTAGE
FIRST CLASS
071V00643481
94925

$0.42
US POSTAGE
FIRST CLASS
071V00643481
94925

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
CHASE CARDMEMBER SERVICE, a division of CHASE BANK USA, N.A.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
ALEJANDRO MOYA, an individual

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

ENDORSED FILED
SAN MATEO COUNTY
AUG 0 1 2008
Clerk of the Superior Court
By R. Montgomery
DEPUTY CLERK

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California, County of San Mateo
Southern Branch - Limited Civil
400 County Center, Redwood City, CA 94063-1655

CASE NUMBER: **CLJ 475176**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Irving L. Berg, Attorney at Law, THE BERG LAW GROUP
145 Town Center, PMB 493, Corte Madera, CA 94925, (415) 924-0742

DATE: **AUG 0 1 2008**   **JOHN C. FITTON**   Clerk, by **R. MONTGOMERY**, Deputy
*(Fecha)*   *(Secretario)*   *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)   ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc. | www.USCourtForms.com

5-15