GEORGE G. WEICKHARDT (SBN 58586)
WENDY C. KROG (SBN 257010)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
Email: gweickhardt@rmkb.com
wkrog@rmkb.com

Attorneys for Defendant
CHASE BANK USA, N.A., erroneously sued herein as Chase Cardmember Service

FILED
AUG 2 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ALEJANDRO MOYA, an individual,

Plaintiff,

v.

CHASE CARDMEMBER SERVICE, a division of CHASE BANK USA, N.A.,
Defendants.

Defendants.

CASE NO. CV 08 4097 BZ

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L. R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Chase Bank USA, N.A. – Defendant in this action.
2. CMC Holding Delaware, Inc. – Wholly owns Chase Bank USA, N.A.
3. J.P. Morgan Equity Holding, Inc. – Wholly owns CMC Holding Delaware, Inc.
4. JPMorgan Chase & Co. – Wholly owns J.P. Morgan Equity Holding, Inc. No publicly held corporation owns ten percent (10%) or more of JPMorgan Chase & Co.'s stock.

RC1/5171974.1/WK1                           - 1 -

1    5.    Alejandro Moya – Plaintiff in this action.

Dated: August 27, 2008.

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
GEORGE G. WEICKHARDT
WENDY C. KROG
Attorneys for Defendant
CHASE BANK USA, N.A., erroneously
sued herein as Chase Cardmember Service