ORIGINAL

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

VIA FAX

1  GEORGE G. WEICKHARDT (SBN 58586)
   WENDY C. KROG (SBN 257010)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   201 Spear Street, Suite 1000
3  San Francisco, CA  94105
   Telephone:    (415) 543-4800
4  Facsimile:    (415) 972-6301
   Email:        gweickhardt@rmkb.com
5                wkrog@rmkb.com

6  Attorneys for Defendant
   CHASE BANK USA, N.A., erroneously sued herein
7  as Chase Cardmember Service

FILED
AUG 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

8            UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

BZ

11

12  ALEJANDRO MOYA, an individual,     CV 08  4097

13            Plaintiff,                PROOF OF SERVICE

14      v.

15  CHASE CARDMEMBER SERVICE, a
    division of CHASE BANK USA, N.A.,
16
             Defendants.
17

18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

RC1/5172007.1/WK1                      - 1 -
                           PROOF OF SERVICE

| | |
|---|---|
| 1 | **CASE NAME:** *Moya v. Chase Cardmember Service* |
| 2 | **ACTION NO.:** |

### PROOF OF SERVICE

1. At the time of service I was over 18 years of age and not a party to this action.

2. My business address is 201 Spear Street, Suite 1000, San Francisco, CA 94105.

3. On August 27, 2008, I served the following documents:

**CIVIL COVER SHEET**

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

**NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT TO UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**

4. I served the documents on the persons at the address below (along with their fax numbers and/or email addresses if service was by fax or email):

*Attorneys for plaintiff*
Irving L. Berg, Esq.
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, CA 94925
Tel: (415) 924-0742
Fax: (415) 891-8208
E-mail: irvberg@comcast.net

5. I served the documents by the following means:

　　a. ☒ By United States mail: I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses specified in item 4 and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

　　b. ☐ By overnight delivery: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

　　c. ☐ By email or electronic transmission: Based on an agreement between the parties and/or as a courtesy, I sent the documents to the persons at the email addresses listed in item 4. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

　　I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: August 27, 2008

_____
Damyta Jones

RC1/5172007.1/WK1

- 2 -

PROOF OF SERVICE