1  GEORGE G. WEICKHARDT (SBN 58586)
   WENDY C. KROG (SBN 257010)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   201 Spear Street, Suite 1000
3  San Francisco, CA 94105
   Telephone:    (415) 543-4800
4  Facsimile:    (415) 972-6301
   Email:        gweickhardt@rmkb.com
5                wkrog@rmkb.com

6  Attorneys for Defendant
   CHASE BANK USA, N.A., erroneously sued herein
7  as Chase Cardmember Service

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO MOYA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHASE CARDMEMBER SERVICE, a division of CHASE BANK USA, N.A.,<br><br>Defendants. | CASE NO. C 08 4097 BZ<br><br>**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE BERNARD ZIMMERMAN** |

CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE BERNARD ZIMMERMAN

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have United States Magistrate Judge Bernard Zimmerman conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: August 29, 2008                    ROPERS, MAJESKI, KOHN & BENTLEY


                                          By: /s/ Wendy C. Krog
                                              GEORGE G. WEICKHARDT
                                              WENDY C. KROG
                                              Attorneys for Defendant
                                              CHASE BANK USA, N.A., erroneously
                                              sued herein as Chase Cardmember Service

RC1/5175022.1/MB6                - 1 -

CASE NAME:    *Moya v. Chase Cardmember Service*

ACTION NO.:    C 08 4097 BZ

# PROOF OF SERVICE

1. At the time of service I was over 18 years of age and not a party to this action.

2. My business address is 201 Spear Street, Suite 1000, San Francisco, CA 94105.

3. On August 29, 2008, I served the following documents:

**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE BERNARD ZIMMERMAN**

4. I served the documents on the persons at the address below (along with their fax numbers and/or email addresses if service was by fax or email):

*Attorneys for plaintiff*
Irving L. Berg, Esq.
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, CA 94925
Tel: (415) 924-0742
Fax: (415) 891-8208
E-mail: irvberg@comcast.net

5. I served the documents by the following means:

    a. ☐ By United States mail: I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses specified in item 4 and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    b. ☐ By overnight delivery: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

    c. ☒ By email or electronic transmission: Pursuant to L.R. 5-3.3, I served the documents on all parties in the case who are registered as CM/ECF Users and have consented to electronic service. Service by this electronic NEF constitutes service pursuant to the Federal Rules of Civil Procedure for all parties who have consented to electronic service.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:    August 29, 2008                /s/ Damyta Jones
                                          Damyta Jones