GEORGE G. WEICKHARDT (SBN 58586)
WENDY C. KROG (SBN 257010)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA  94105
Telephone:   (415) 543-4800
Facsimile:    (415) 972-6301
Email:          gweickhardt@rmkb.com
                    wkrog@rmkb.com

Attorneys for Defendant
CHASE BANK USA, N.A., erroneously sued herein
as Chase Cardmember Service

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEJANDRO MOYA, an individual, | CASE NO.  CV 08 4097 BZ |
| Plaintiff, | **AMENDED PROOF OF SERVICE** |
| v. | |
| CHASE CARDMEMBER SERVICE, a division of CHASE BANK USA, N.A., | |
| Defendants. | |

///

///

///

///

///

///

///

///

///

///

RC1/5172007.1/WK1                                       - 1 -

PROOF OF SERVICE

| | |
|---|---|
| 1 | CASE NAME:    *Moya  v. Chase Cardmember Service* |
| 2 | ACTION NO.:    CV 08 4097 BZ |

### PROOF OF SERVICE

1. At the time of service I was over 18 years of age and not a party to this action.

2. My business address is 201 Spear Street, Suite 1000, San Francisco, CA  94105.

3. On August 28, 2008, I served the following documents:

**CIVIL COVER SHEET**

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

**NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT TO UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**

4. I served the documents on the persons at the address below (along with their fax numbers and/or email addresses if service was by fax or email):

*Attorneys for plaintiff*
Irving L. Berg, Esq.
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, CA  94925
Tel:  (415) 924-0742
Fax: (415) 891-8208
E-mail:  irvberg@comcast.net

5. I served the documents by the following means:

    a. ☒ By United States mail: I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses specified in item 4 and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with this business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    b. ☐ By overnight delivery: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

    c. ☐ By email or electronic transmission: Based on an agreement between the parties and/or as a courtesy, I sent the documents to the persons at the email addresses listed in item 4.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:   August 28, 2008               /s/ Damyta Jones
                                                      Damyta Jones

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco