UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALEJANDRO MOYA, | ) | |
| Plaintiff, | ) | No. C 08-4097 BZ |
| v. | ) | **ORDERING GRANTING PLAINTIFF LEAVE TO AMEND** |
| CHASE CARDMEMBER SERVICE, | ) | |
| Defendant. | ) | |

At the hearing on defendant's Motion to Dismiss, plaintiff requested leave to amend his complaint. Plaintiff's request for leave to amend is **GRANTED**. Plaintiff's amended complaint is due on **November 6, 2008.**

Dated: October 22, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MOYA\ORDER GRANTING LEAVE TO AMEND.wpd

1