1  GEORGE G. WEICKHARDT (SBN 58586)
   WENDY C. KROG (SBN 257010)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   201 Spear Street, Suite 1000
3  San Francisco, CA 94105
   Telephone:    (415) 543-4800
4  Facsimile:    (415) 972-6301
   Email:        gweickhardt@rmkb.com
5                wkrog@rmkb.com

6  Attorneys for Defendant
   CHASE BANK USA, N.A., erroneously sued herein
7  as Chase Cardmember Service

8  IRVING L. BERG (SBN 36273)
   THE BERG LAW GROUP
9  145 Town Center, PMB 493
   Corte Madera, CA 94925
10 Telephone:    (415) 924-0742
   Facsimile:    (415) 891-8208
11 Email:        irvberg@comcast.net

12 Attorneys for Plaintiff
   ALEJANDRO MOYA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO MOYA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHASE CARDMEMBER SERVICE, a division of CHASE BANK USA, N.A.,<br><br>Defendants. | CASE NO. C 08 4097 BZ<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT CHASE BANK USA, N.A. TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT and ~~PROPOSED~~ ORDER** |

The parties hereby stipulate that defendant CHASE BANK USA, N.A., shall have up to and including December 1, 2008, in which to answer or otherwise respond to plaintiff's First Amended Complaint.

No previous extensions have been granted. Good cause exists for the extension because plaintiff has amended his complaint as a class action. Chase therefore requires additional time to

1  investigate the facts of this matter.

2

3  Dated: October 27, 2008                    ROPERS, MAJESKI, KOHN & BENTLEY

4

5                                             By: /s/ Wendy C. Krog
6                                                 GEORGE G. WEICKHARDT
                                                  WENDY C. KROG
7                                                 Attorneys for Defendant
                                                  CHASE BANK USA, N.A., erroneously
8                                                 sued herein as Chase Cardmember Service

9  Dated: October 27, 2008                    THE BERG LAW GROUP

10

11                                            By:/s/ Irving Berg
                                                  IRVING L. BERG
12                                                Attorneys for Plaintiff
                                                  ALEJANDRO MOYA
13

14

15 **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

16

17
    Date: October 29, 2008                    _____
18                                            THE HONORABLE BERNARD ZIMMERMAN
                                              DISTRICT COURT MAGISTRATE JUDGE
19

20

21

22

23

24

25

26

27

28

RC1/5206359.1/WK1                          - 2 -
STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT CHASE BANK USA, N.A. TO ANSWER OR OTHERWISE RESPOND TO
FIRST AMENDED COMPLAINT AND PROPOSED ORDER