UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALEJANDRO MOYA, | ) | |
| | ) | |
| Plaintiff, | ) | No.  C 08-4097 BZ |
| | ) | |
| v. | ) | **BRIEFING ORDER** |
| | ) | |
| CHASE CARDMEMBER SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

Having received defendant's motion to dismiss plaintiff's first amended complaint, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's opposition shall be filed by **December 12, 2008**; and

2. Defendant's reply, if any, shall be filed by **December 19, 2008;**

3. A hearing is scheduled for **January 7, 2009 at 10:00 a.m.** in Courtroom G, on 15th Floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated:  December 1, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MOYA\BRIEFING ORDER.wpd

1