GEORGE G. WEICKHARDT (SBN 58586)
WENDY C. KROG (SBN 257010)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA  94105
Telephone:      (415) 543-4800
Facsimile:      (415) 972-6301
Email:          gweickhardt@rmkb.com
                wkrog@rmkb.com

Attorneys for Defendant
CHASE BANK USA, N.A., erroneously sued herein
as Chase Cardmember Service

IRVING L. BERG (SBN 36273)
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, CA  94925
Telephone:      (415) 924-0742
Facsimile:      (415) 891-8208
Email:          irvberg@comcast.net

Attorneys for Plaintiff
ALEJANDRO MOYA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO MOYA, an individual,<br><br>                    Plaintiff,<br><br>          v.<br><br>CHASE CARDMEMBER SERVICE, a<br>division of CHASE BANK USA, N.A.,<br><br>                    Defendants. | CASE NO.  C 08 4097 BZ<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE and ~~PROPOSED~~ ORDER**<br><br>Original Date:     December 15, 2008<br>Time:              4:00 p.m.<br>Judge:             The Honorable Bernard Zimmerman<br><br>Proposed Date:     January 7, 2009 |

   **IT IS HEREBY STIPULATED BY AND BETWEEN** plaintiff ALEJANDRO MOYA

and defendant CHASE BANK USA, N.A., that the case management conference, currently

scheduled for December 15, 2008, be continued to trail the hearing on Chase's motion to dismiss

the first amended complaint, scheduled for January 7, 2009 at 10:00 a.m.

RC1/5225859.1/WK1

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

1        Good cause exists for the continuance because it is in the interests of economy to address

2   both Chase's motion to dismiss and the case management of this matter at the same time.

3

4   Dated:  December 8, 2008               ROPERS, MAJESKI, KOHN & BENTLEY

5

6                                           By:  /s/ Wendy C. Krog

7                                              GEORGE G. WEICKHARDT
                                               WENDY C. KROG

8                                              Attorneys for Defendant
                                             CHASE BANK USA, N.A., erroneously

9                                              sued herein as Chase Cardmember Service

10  Dated: December 8, 2008               THE BERG LAW GROUP

11

12                                            By:/s/ Irving Berg

13                                             IRVING L. BERG
                                             Attorneys for Plaintiff

14                                             ALEJANDRO MOYA

15

16  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

17

18  Date:    December 12, 2008

19                                    THE HONORABLE BERNARD ZIMMERMAN
                                      DISTRICT COURT MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco