1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   ALEJANDRO MOYA,                )
                                    )
12            Plaintiff,            )      No.  C 08-4097 BZ
                                    )
13        v.                        )
                                    )   **ORDER CERTIFYING CASE FOR**
14   CHASE CARDMEMBER SERVICE,      )   **INTERLOCUTORY APPEAL**
                                    )
15                                  )
              Defendant.            )
16   _____ )

17        On January 26, 2009, this Court held a status conference

18   in this matter.  Defendant Chase Bank USA, N.A. had previously

19   filed a motion to amend the order of January 8, 2009, by

20   certifying it for immediate appeal.  That motion was noticed

21   for hearing on February 25, 2009.  At the status conference,

22   plaintiff's counsel stated, upon inquiry from the Court, that

23   he would not oppose this motion.  Good cause appearing

24   therefore, **IT IS HEREBY ORDERED** as follows:

25        This Court hereby incorporates the order of January 8,

26   2009, herein in its entirety, and further makes the finding

27   that the order involves a controlling question of law, as to

28   which there is substantial ground for difference of opinion,

1

1  and that an immediate appeal from the order may materially

2  advance the ultimate termination of this litigation.  **IT IS**

3  **THEREFORE ORDERED** that this matter is hereby certified for

4  appeal pursuant to 28 U.S.C. sec. 1292(b).

5     **IT IS FURTHER ORDERED** that all proceedings, including

6  discovery, are **STAYED** pending a resolution of this appeal.

7  Dated:  January 27, 2009

8

9  _____
                      Bernard Zimmerman

10                 United States Magistrate Judge

11
   G:\BZALL\-BZCASES\MOYA\ORDER CERTIFYING CASE.wpd

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                           2